# Third District Court of Appeal

## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1758
Lower Tribunal No. 20-9557
_____

## Calabuch Consulting Group, Inc., etc., et al.,
Appellants,

vs.

## Renew Insurance Inc., etc., et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Mavrick Law Firm, and Peter T. Mavrick, and Elizabeth O. Hueber (Fort Lauderdale), for appellants.

Kula & Associates, P.A., and Elliot B. Kula, and W. Aaron Daniel, and William D. Mueller, for appellees.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.